

2014 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-12-2014

# USA v. Christopher Williams

Precedential or Non-Precedential: Non-Precedential

Docket No. 13-2318

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2014

Recommended Citation

"USA v. Christopher Williams" (2014). *2014 Decisions.* Paper 956.
http://digitalcommons.law.villanova.edu/thirdcircuit_2014/956

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2014 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-2318
_____

UNITED STATES OF AMERICA

v.

CHRISTOPHER WILLIAMS,
a/k/a
SHAKY

Christopher Williams,

Appellant

(E. D. Pa. Crim. No. 02-cr-00172-007)

Before: McKEE, Chief Judge, SMITH and
SHWARTZ, Circuit Judges

**JUDGMENT ORDER**

It is now here ORDERED that the judgment of the United States District Court for

the Eastern District of Pennsylvania entered on February 28, 2013, is hereby affirmed.

*See Gonzalez v. Crosby*, 545 U.S. 524 (2005).

By the Court:

s/Theodore A. McKee
Chief Judge

ATTEST:

s/ Marcia M. Waldron
Clerk

Dated:        September 12, 2014